# United States Bankruptcy Court
## Central District Of California

| In re:<br>1009 BH Properties, LLC | CHAPTER NO.: 11 |
|---|---|
| | CASE NO.: 2:10−bk−65061 |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases required by Local Bankruptcy Rule 1015−2
☒ Verification of Creditor Mailing List. [Court Manual, section 2−1]
☒ Corporate Resolution Authorizing Filing of Petition required for Chapter 7 and 11. [Court Manual, section 2−1]
☒ Summary of Schedules (Official Form B6). [Court Manual, section 2−1]
☒ Signed Declaration Concerning Debtor's Schedules (Official Form B6). [Court Manual, section 2−1]
☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; F.R.B.P. 2016(b); Court Manual, section 2−1]
☒ Exhibit 'A' to Petition(if debtor is a corporation). [Court Manual, section 2−1]
☒ Venue Disclosure Form (For Corporation and Partnership Filing a Chapter 11). [Court Manual, section 2−1]
☒ Corporate Ownership Statement as specified by Local Bankruptcy Rule 1007−4
X  Declaration Re: Electronic filing ( Missing Debtors and Attorneys original
   signature's

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash−flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash−flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2−1(a)(7).

       Chapter 11    Original and 2 Copies. 1 copy marked as "Judge's Copy."

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below−referenced Deputy Clerk:

Dated: December 27, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Wilfredo Del Mundo**
**Deputy Clerk**