Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number.

THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400  Fax. (323) 686-5403

☒ Attorney for: 1009 BH Properties, LLC

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: 1009 BH Properties, LLC

Debtor(s).

CASE NO.: 10-bk-65061-VZ

CHAPTER: 11

ADV. NO.:

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists        Date Filed: 12/27/2010
☒ Amendments to the petition, statement of affairs, schedules or lists        Date Filed: 1/7/2010; 1/10/2010
☐ Other: _____        Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

/s/ Brandon Wolsic  *B W Sec*

*Signature of Authorized Signatory of Filing Party*

1/10/2010

Date

Brandon Wolsic

*Printed Name of Authorized Signatory of Filing Party*

VP of Rossco Holdings, Inc., Manager of Debtor

*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/ David J. Richardson

*Signature of Attorney for Filing Party*

1/10/2010

Date

David J. Richardson

*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re  1009 BH Properties, LLC _____ ,  ) Case No. 2:10-bk-65061 _____

Debtor  )

)

) Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION          Not Applicable

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the

SEC file number is _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on

_____ .

a. Total assets                                                     $ _____

b. Total debts (including debts listed in 2.c., below)            $ _____

c. Debt securities held by more than 500 holders:

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

d. Number of shares of preferred stock            _____        _____

e. Number of shares common stock                  _____        _____

Comments. if anv:

3. Brief description of debtor's business:

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or

more of the voting securities of debtor:

1  THE CREDITORS' LAW GROUP, APC
   David J. Richardson (State Bar No. 168592)
2  djr@thecreditorslawgroup.com
   Laura L. Buchanan (State Bar No. 156261)
3  llb@thecreditorslawgroup.com
   2301 Hyperion Avenue, Ste. A
4  Los Angeles, CA 90027
   Telephone:    (323) 686-5400
5  Facsimile:    (323) 686-5403

6
   [Proposed] Attorneys for 1009 BH Properties, LLC
7  Debtor and Debtor-In-Possession

8
                    **UNITED STATES BANKRUPTCY COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10
                    **LOS ANGELES VALLEY DIVISION**
11
   In re:                              ) **Case No. 2:10-bk-65061-VZ**
12                                      )
   1009 BH PROPERTIES, LLC             ) Chapter 11
13                                      )
                                        )
14           Debtor.                    )
                                        ) CORPORATE RESOLUTION AUTHORIZING
15                                      ) FILING OF PETITION
                                        )
16                                      )
                                        )
17                                      )
                                        )
18                                      )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21                                      )
                                        )
22  _____)

23

24  I, Brandon Wolsic, declare under penalty of perjury that I am the Vice President of Rossco Holdings,

25  Inc., which is the Manager of 1009 BH Properties, LLC, a limited liability company

26  ("Corporation"), and that on December 27, 2010 the following resolution was duly adopted by the

27  holder of 100% of the membership interests of this Corporation:

28

The Creditors' Law Group, a Professional Corporation
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

"RESOLVED that this LLC acting by and through Corporation is authorized to file Chapter 11 proceedings for such LLC in the Western District of Texas under the Federal Bankruptcy Code and laws;

RESOLVED FURTHER that Leonard M. Ross, as President of Corporation and Brandon Wolsic as Vice President, or either acting alone, is hereby authorized to execute on behalf of Corporation for this LLC, any and all documents deemed appropriate, necessary or required in connection with and relating to such filing;

RESOLVED FURTHER that the below named Manager, acting through its Directors, hereby approves the foregoing filing;

RESOLVED FURTHER that Leonard M. Ross, President, and Brandon Wolsic, Vice President of Corporation, or either acting alone, are authorized and directed, for and on behalf of the LLC, to execute and deliver any and all additional documents, instruments, or certificates or take such other action in connection with the foregoing as such person or persons might deem necessary, appropriate and in the best interests of LLC, the execution thereof and the taking of such actions by such person or persons to be conclusive evidence that the Manager did deem the same to be necessary or appropriate and in the best interests of the LLC in order to effect such purposes."

Executed on: January 10, 2011                    /s/ Brandon Wolsic
                                                 Brandon Wolsic
                                                 Vice President of Rossco Holdings, Inc., Manager

The Creditors' Law Group, a Professional Corporation
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

1  THE CREDITORS' LAW GROUP, APC
   David J. Richardson (State Bar No. 168592)
2  djr@thecreditorslawgroup.com
   Laura L. Buchanan (State Bar No. 156261)
3  llb@thecreditorslawgroup.com
   2301 Hyperion Avenue, Ste. A
4  Los Angeles, CA 90027
   Telephone:    (323) 686-5400
5  Facsimile:    (323) 686-5403

6

7  [Proposed] Attorneys for 1009 BH Properties, LLC
   Debtor and Debtor-In-Possession

8

## UNITED STATES BANKRUPTCY COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

## LOS ANGELES VALLEY DIVISION

11

| In re: | ) | **Case No. 2:10-bk-65061-VZ** |
| --- | --- | --- |
12 | | ) | |
| 1009 BH PROPERTIES, LLC | ) | Chapter 11 |
13 | | ) | |
| | ) | **STATEMENT OF CORPORATE** |
14 | Debtor. | ) | **OWNERSHIP** |
15 | | ) | |
| | ) | |
16 | | ) | |
| | ) | |
17 | | ) | |
| | ) | |
18 | | ) | |
| | ) | |
19 | | ) | |
| | ) | |
20 | | ) | |
| | ) | |
21 | | ) | |
| | ) | |
22

23

## STATEMENT OF CORPORATE OWNERSHIP

24
    Pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1, 1009 BH Properties, LLC (the "Debtor")
25
   states as follows:
26
    All corporations that directly or indirectly own 10% or more of any class of the Debtor's
27
   equity interests are listed below:
28

The Creditors' Law Group, a Professional Corporation
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027    Fax (323) 686-5403
Tel. (323) 686-5400

| Owner | % of Shares Owned |
|---|---|
| Rossco Holdings, Inc.<br>1011 1/2 N Beverly Dr<br>Beverly Hills, CA 90210 | 100% (directly) |
| Leonard M Ross Revocable Trust<br>1011 1/2 N Beverly Dr<br>Beverly Hills, CA 90210 | 100% (indirectly) |

Dated:  January 10, 2011

1009 BH PROPERTIES, LLC
By Rossco Holdings Incorporated, Manager


By   /s/ Brandon Wolsic
   Name: Brandon Wolsic
   Title: Vice President

The Creditors' Law Group, a Professional Corporation
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

[Proposed] Attorneys for 1009 BH Properties, LLC
Debtor and Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. **2:10-bk-65061-VZ** |
| 1009 BH PROPERTIES, LLC | Chapter 11 |
| Debtor. | CORPORATE RESOLUTION AUTHORIZING FILING OF PETITION |

I, Brandon Wolsic, declare under penalty of perjury that I am the Vice President of Rossco Holdings, Inc., which is the Manager of 1009 BH Properties, LLC, a limited liability company ("Corporation"), and that on December 27, 2010 the following resolution was duly adopted by the holder of 100% of the membership interests of this Corporation:

*The Creditors' Law Group, a Professional Corporation*
*2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027   Fax (323) 686-5403*
*Tel. (323) 686-5400*

"RESOLVED that this LLC acting by and through Corporation is authorized to file Chapter 11 proceedings for such LLC in the Western District of Texas under the Federal Bankruptcy Code and laws;

RESOLVED FURTHER that Leonard M. Ross, as President of Corporation and Brandon Wolsic as Vice President, or either acting alone, is hereby authorized to execute on behalf of Corporation for this LLC, any and all documents deemed appropriate, necessary or required in connection with and relating to such filing;

RESOLVED FURTHER that the below named Manager, acting through its Directors, hereby approves the foregoing filing;

RESOLVED FURTHER that Leonard M. Ross, President, and Brandon Wolsic, Vice President of Corporation, or either acting alone, are authorized and directed, for and on behalf of the LLC, to execute and deliver any and all additional documents, instruments, or certificates or take such other action in connection with the foregoing as such person or persons might deem necessary, appropriate and in the best interests ofLLC, the execution thereof and the taking of such actions by such person or persons to be conclusive evidence that the Manager did deem the same to be necessary or appropriate and in the best interests of the LLC in order to effect such purposes."

Executed on: January 10, 2011                    /s/ Brandon Wolsic
                                                 Brandon Wolsic
                                                 Vice President of Rossco Holdings, Inc., Manager



THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403


[Proposed] Attorneys for 1009 BH Properties, LLC,
Debtor and Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES VALLEY DIVISION

In re:

1009 BH PROPERTIES, LLC

                    Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 2:10-bk-65061-VZ**

Chapter 11

**LIST OF EQUITY SECURITY HOLDERS**

The Creditors' Law Group, a Professional Corporation
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027    Fax (323) 686-5403
Tel: (323) 686-5400

1      1009 BH PROPERTIES, LLC (the "Debtor") states that the sole equity holder of the Debtor

2  is as follows:

3    **Owner**                                  **% of Shares Owned**

4    Rossco Holdings, Inc.                 100% (directly)

5    1011 1/2 N Beverly Dr
Beverly Hills, CA 90210

6  A list of the equity holders in the format required for the Master Mailing List is attached hereto.

7

8                              1009 BH PROPERTIES, LLC

Dated:  January 12, 2011

9

10                     By: _____

11                           Brandon Wolsic
Vice President

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Creditors' Law Group, a Professional Corporation
2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027
Tel. (323) 686-5400    Fax (323) 686-5403

Rossco Holdings, Inc.
1011 1/2 N Beverly Dr
Beverly Hills, CA 90210

Party Name, Address and Telephone Number  *(CA State Bar No. if Applicable)*

THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027          Telephone: (323) 686-5400

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re: 1009 BH Properties, LLC

CHAPTER 11

CASE NUMBER 2:10-bk-65061

Debtor.

(No Hearing Required)

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.   Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

    1011 1/2 N. Beverly Dr.
    Beverly Hills, CA 90210

2.   Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    P.O. Box 10539
    Beverly Hills, CA 90213

3.   Disclose the current business address(es) for all corporate officers:

    1011 1/2 N. Beverly Dr.
    Beverly Hills, CA 90210

4.   Disclose the current business address(es) where the Debtor's books and records are located:

    1011 1/2 N. Beverly Dr.
    Beverly Hills, CA 90210

Venue Disclosure Form for Corporations Filing Chapter 11 - *Page 2*

**VEN-C**

| | |
|---|---|
| In re 1009 BH Properties, LLC | CHAPTER 11 |
| Debtor. | CASE NUMBER 2:10-bk-65061 |

5.   List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

1009 N. Beverly Dr.
Beverly Hills, CA 90210

6.   Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

410 S. Texas Ave.
College Station, TX 77840
majority of accounting functions were performed in Texas until operations ceased.

7.   State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:

Brandon Wolsic
P.O. Box 10539
Beverly Hills, CA 90213

Vice President of Rossco Holdings, Inc., which is Manager of the Debtor

8.   Total number of attached pages of supporting documentation:   0

9.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 10th day of January, 20 11, at _____, California.

Brandon Wolsic
*Type Name of Officer*

VP of Roscco Holdings, Inc., Manager
*Position or Title of Officer*

/s/ Brandon Wolsic
*Signature of Declarant*

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

See attached.

_____

_____

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

_____

_____

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

/s/ Brandon Wolsic, VP of Rossco Holdings, Inc., Manager

*Debtor*

Dated _____

*Joint Debtor*

_____

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

# F 1015-2.1

ATTACHMENT TO STATEMENT OF RELATED CASES

3.      (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the
Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its
affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the
debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a
relative of the general partner, director, officer, or person in control of the debtor, or any persons,
firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete
number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy
Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If
none, so indicate. Also, list any real property included in Schedule A that was filed with any such
prior proceeding(s).)

**The cases of Chimney Hill Properties, Ltd. and 1009 BH Properties, LLC, which are
affiliates, were filed in the Central District of California on December 27, 2010:**

> In re Chimney Hill Properties, Ltd.; Case 2:10-bk-65062-VZ; Judge Zurzolo; pending.

> In re 1009 BH Properties, LLC; Case 2:10-bk-65061-VZ; Judge Zurzolo; pending.

**The following cases of affiliates of the Debtor were originally filed in the Western District
of Texas and were transferred to the Central District of California on October 26, 2010:**

> In re Rossco Holdings, Inc.; Case 2:10-bk-55951-VZ; Judge Zurzolo; pending.

> In re Colony Lodging, Inc.; Case 2:10-bk-55925-VZ; Judge Zurzolo; pending.

> In re Monte Nido Estates, LLC; Case 2:10-bk-55947-VZ; Judge Zurzolo; pending.

> In re WM Properties, Ltd.; Case 2:10-bk-55970-VZ; Judge Zurzolo; pending.

Rossco Holdings, Inc. wholly owns 1009 BH Properties, LLC, Colony Lodging, Inc., and Monte
Nido Estates, LLC and is general partner of Chimney Hill Properties, Ltd. and WM Properties, Ltd.

**The following case was filed in the Central District of California on September 15, 2010:**

> In re Leonard M. Ross; Case 2:10-bk-49358-VZ; Judge Zurzolo; pending.

Leonard M. Ross, individually and as the Trustee of the Leonard M. Ross Revocable Trust (the
"Trust"), is the ultimate owner of, and controls, multiple businesses that, among other things,
own, operate, and/or develop real property.  These businesses include the foregoing debtors.

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Central District of California

In re  1009 BH Properties, LLC              ,
        Debtor

Case No.  2:10-bk-65061-VZ

Chapter  11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.      Not Applicable

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### Central District of California

In re  1009 BH Properties, LLC                    ,
              Debtor

Case No.  2:10-bk-65061-VZ

Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | yes | 1 | $ 8,500,000 | | |
| B - Personal Property | yes | 4 | $ 1,680,705 | | |
| C - Property Claimed as Exempt | no | | | | |
| D - Creditors Holding Secured Claims | yes | 2 | | $ 4,615,000 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | yes | 3 | | $ 125,246 | |
| F - Creditors Holding Unsecured Nonpriority Claims | yes | 2 | | $ | |
| G - Executory Contracts and Unexpired Leases | yes | 1 | | | |
| H - Codebtors | yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | no | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | no | | | | $ |
| TOTAL | | 14 | $ 8,500,000 | $ 4,740,246 | |

In re  1009 BH Properties, LLC                              ,          Case No.  2:10-bk-65061-VZ
_____                              _____
           Debtor                                                         (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1009 N. Beverly Dr. Beverly Hills, CA 90210 | Fee simple | | 8,500,000 | 4,615,000 |
| | | Total ▶ | | |

(Report also on Summary of Schedules.)

In re  1009 BH Properties, LLC _____,    Case No.  2:10-bk-65061-VZ _____
         **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Wells Fargo Bank # 1993710712 | | 61,004.51 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | various | | 20,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |

In re  1009 BH Properties, LLC                                    ,          Case No.  2:10-bk-65061-VZ
            **Debtor**                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | Loan to Rossco Holdings, Inc. | | $1,399,700.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | | | |

In re ___1009 BH Properties, LLC_____,    Case No. ___2:10-bk-65061-VZ___
              **Debtor**                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

_1_ continuation sheets attached    Total▶    $    1,680,704.51

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Continuation Sheet

18. Other liquidated debts owed to debtor including tax refunds. Give particulars.

Loan to Lodgco Properties, Ltd.

$200,000.00

In re  1009 BH Properties, LLC                          ,    Case No.   2:10-bk-65061-VZ
                 Debtor                                                      (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| | | | |

* *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6D (Official Form 6D) (12/07)

In re  1009 BH Properties, LLC                    ,        Case No.  2:10-bk-65061-VZ
                              Debtor                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1088030097 JP Morgan Chase Bank NA 1999 Avenue of the Starts, 26th Floor Los Angeles, CA 90067 | | | 1009 N. Beverly Dr., Beverly Hills, CA 90210 VALUE $ 8,500,000 | | | | 4,615,000 | 0 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

|  | | |
|---|---|---|
| ____ continuation sheets attached | Subtotal ▶ (Total of this page) | $  4,615,000 | $  0 |
| | Total ▶ (Use only on last page) | $  4,615,000 | $  0 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.

In re  1009 BH Properties, LLC _____ ,       Case No.  2:10-bk-65061-VZ _____
**Debtor**                                                              **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no.____of____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶ (Total(s) of this page)      $ _____      $ _____

Total(s) ▶ (Use only on last page)      $ _____      $ _____

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)