

**FILED & ENTERED**

**FEB 10 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY carranza  DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re 1009 BH PROPERTIES, LLC,<br><br>    Debtor and Debtor-in-Possession | Case No.: 2:10-bk-65061 VZ<br><br>Chapter 11<br><br>**ORDER AFTER INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE:**<br><br>**1)  SETTING DEADLINE FOR FILING PROOFS OF CLAIM AND REQUIRING COMPLIANCE WITH LOCAL BANKRUPTCY RULE 3001-1**<br><br>**2) SETTING DEADLINE FOR HEARING ON OBJECTIONS TO CLAIMS; AND**<br><br>**3)  SETTING HEARING ON MOTION FOR ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT**<br><br>**Hg on Motion to Approve Disclosure Stmt**<br>DATE:     August 25, 2011<br>TIME:     1:30 p.m.<br>PLACE:   Courtroom 1368<br>               255 E. Temple St.<br>               Los Angeles, CA 90012 |

On February 3, 2011, a chapter 11 status conference was held in a bankruptcy case voluntarily filed by 1009 BH PROPERTIES, LLC ("Debtor").  An appearance was made by counsel for Debtor (David Richardson), counsel for the U.S. Trustee (Dare Law), and counsel for JP Morgan Chase Bank (Stacy Harrison).

Based upon the status conference,

**IT IS ORDERED THAT**:

1) The deadline for filing proofs of claim is **April 15, 2011** and Debtor must comply with Local Bankruptcy Rule 3001-1;

2) The deadline for a hearing on objections to claims is **June 30, 2011**; and

3) A hearing on a motion for approval of adequacy of disclosure statement is set for **August 25, 2011** at 1:30 p.m.

DATED: February 10, 2011

United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AFTER INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE:**
**1) SETTING DEADLINE FOR FILING PROOFS OF CLAIM AND REQUIRING COMPLIANCE WITH LOCAL BANKRUPTCY RULE 3001-1;**
**2) SETTING DEADLINE FOR HEARING ON OBJECTIONS TO CLAIMS; AND**
**3) SETTING HEARING ON MOTION FOR ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **2/9/11** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

*(See NEF for confirmation of Electronic Transmission)*

**U.S. Trustee**: ustpregion16.la.ecf@usdoj.gov, dare.law@usdoj.gov
**Debtor's Counsel**: David Richardson, djr@thecreditorslawgroup.com
**Counsel for JP Morgan Chase Bank**: Stacy Harrison, Stacy.Harrison@bingham.com


**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

*(Served by Court Staff, not the Bankruptcy Noticing Center)*

**Debtor:**
1009 BH Properties, LLC
1009 N. Beverly Drive
Beverly Hills, CA 90210