UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
CENTRAL DISTRICT OF CALIFORNIA

| In Re: | CHAPTER 11 (BUSINESS) | |
|---|---|---|
| 1009 BH Properties, LLC | | |
| | Case Number: | 2:10-65061-VZ |
| | Operating Report Number: | 3 |
| Debtor(s). | For the Month Ending: | 3/31/2011 |

## I. CASH RECEIPTS AND DISBURSEMENTS
## A. (GENERAL ACCOUNT*)

| | |
|---|---|
| 1. TOTAL RECEIPTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 62,177.93 |
| 2. LESS: TOTAL DISBURSEMENTS PER ALL PRIOR GENERAL ACCOUNT REPORTS | 350.73 |
| 3. BEGINNING BALANCE: | 61,827.20 |

4. RECEIPTS DURING CURRENT PERIOD:
   Accounts Receivable - Post-filing
   Accounts Receivable - Pre-filing
   General Sales
   Other (Specify)
   **Other (Specify)

| TOTAL RECEIPTS THIS PERIOD: | 0.00 |
|---|---|
| 5. BALANCE: | 61,827.20 |

6. LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD
   Transfers to Other DIP Accounts (from page 2)
   Disbursements (from page 2)

| TOTAL DISBURSEMENTS THIS PERIOD:*** | 1,879.35 |
|---|---|
| 7. ENDING BALANCE: | 59,947.85 |

| 8. General Account Number(s): | 1993711280 |
|---|---|
| | Wells Fargo Bank |
| Depository Name & Location: | Private banking |
| | Warner Ranch Office |
| | 8001 Topanga Canyon Blvd. |
| | Woodland Hills, Ca 91367 |

* All receipts must be deposited into the general account.

** Include receipts from the sale of any real or personal property out of the ordinary course of business; attach an exhibit specifying what was sold,
   to whom, terms, and date of Court Order or Report of Sale.

***This amount should be the same as the total from page 2.

TOTAL DISBURSEMENTS FROM GENERAL ACCOUNT FOR CURRENT PERIOD

| Date mm/dd/yyyy | Check Number | Payee or DIP account | Purpose | Transfer | **Amount Disbursed | Amount |
|---|---|---|---|---|---|---|
| 3/11/2011 | | Wells Fargo | Bank Charge | | $ 12.99 | $ 12.99 |
| 3/28/2011 | 1052 | City of Beverly Hills | Utilities | | $ 1,508.36 | $ 1,508.3 |
| 3/25/2011 | 1053 | CT Corporation System | Legal Fees | | $ 358.00 | $ 358.0 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL DISBURSEMENTS THIS PERIOD: | | | | $ - | $ 1,879.35 | $ 1,879.3 |

* Fill in amounts in this column if they are TRANSFERS to another DIP account (e.g. Payroll or Tax); the "amount" column will be filled in for you.

** Fill in amounts in this column if they are DISBURSEMENTS to outside payees; the "amount" column will be filled in for you.

GENERAL ACCOUNT
BANK RECONCILIATION

| | | | | |
|---|---|---|---|---|
| Bank statement Date: | 3/31/2011 | Balance on Statement: | $ | 61,814.21 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| TOTAL DEPOSITS IN TRANSIT | | 0.00 |

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount | |
|---|---|---|---|
| 1052 | 3/28/2011 | $ | 1,508.36 |
| 1053 | 3/28/2011 | $ | 358.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| TOTAL OUTSTANDING CHECKS: | | 1,866.36 |

Bank statement Adjustments:
Explanation of Adjustments-

| | |
|---|---|
| ADJUSTED BANK BALANCE: | $59,947.85 |

\* It is acceptable to replace this form with a similar form
\*\* Please attach a detailed explanation of any bank statement adjustment

| | |
|---|---:|
| 1.  TOTAL RECEIPTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 500.00 |
| 2.  LESS:  TOTAL DISBURSEMENTS PER ALL PRIOR PAYROLL ACCOUNT REPORTS | 0.00 |
| 3.  BEGINNING BALANCE: | 500.00 |
| 4.  RECEIPTS DURING CURRENT PERIOD: (Transferred from General Account) | |
| 5.  BALANCE: | 500.00 |
| 6.  LESS: TOTAL DISBURSEMENTS DURING CURRENT PERIOD TOTAL DISBURSEMENTS THIS PERIOD:*** | |
| 7.  ENDING BALANCE: | 500.00 |

8. TAX Account Number(s):                                    1993711314

Depository Name & Location:

Wells Fargo Bank
Private banking
Warner Ranch Office
8001 Topanga Canyon Blvd.
Woodland Hills, Ca 91367

| Date mm/dd/yyyy | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | TOTAL DISBURSEMENTS THIS PERIOD: | | $           - |

BANK RECONCILIATION

| Bank statement Date: | 3/31/2011 | Balance on Statement: | $500.00 |

Plus deposits in transit (a):

| | Deposit Date | Deposit Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL DEPOSITS IN TRANSIT                                                    0.00

Less Outstanding Checks (a):

| Check Number | Check Date | Check Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

TOTAL OUTSTANDING CHECKS:                                                    0.00

Bank statement Adjustments:
Explanation of Adjustments-

ADJUSTED BANK BALANCE:                                                    $500.00

* It is acceptable to replace this form with a similar form
** Please attach a detailed explanation of any bank statement adjustment

## I. D SUMMARY SCHEDULE OF CASH

**ENDING BALANCES FOR THE PERIOD:**
(Provide a copy of bank/cy statements for each of the below)

| | | |
|---|---|---|
| | General Account: | $59,947.85 |
| | Payroll Account: | $ 500.00 |
| Other Accounts: | | |
| | | |
| *Other Monies: | | |
| | **Petty Cash (from below): | $ - |

**TOTAL CASH AVAILABLE:** 60,447.85

Petty Cash Transactions:

| Date | Purpose | Amount |
|---|---|---|
| | | |

**TOTAL PETTY CASH TRANSACTIONS:** $ -

* Specify the Type (for Monies (CD, Savings Account, Investment Security) and the Depository name, Location & account#
** Attach Each/All list (all of petty cash transactions)

STATUS OF PAYMENTS TO SECURED CREDITORS, LESSORS
AND OTHER PARTIES TO EXECUTORY CONTRACTS

| Creditor, Lessor, Etc. | Frequency of Payments (Mo/Qtr) | Amount of Payment | Post-Petition payments not made (Number) | Total Due |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | TOTAL DUE: | 0.00 |

## III. TAX LIABILITIES

FOR THE REPORTING PERIOD:

Gross Sales Subject to Sales Tax: _____

Total Wages Paid: _____

|  | Total Post-Petition Amounts Owing | Amount Delinquent | Date Delinquent Amount Due |
|---|---|---|---|
| Federal Withholding |  |  |  |
| State Withholding |  |  |  |
| FICA- Employer's Share |  |  |  |
| FICA- Employee's Share |  |  |  |
| Federal Unemployment |  |  |  |
| Sales and Use |  |  |  |
| Real Property |  |  |  |
| Other: _____ |  |  |  |
| TOTAL: | 0.00 | 0.00 |  |

## IV. AGING OF ACCOUNTS PAYABLE AND RECEIVABLE

|  | *Accounts Payable Post-Petition | Accounts Receivable | |
|---|---|---|---|
|  |  | Pre-Petition | Post-Petition |
| 30 days or less |  |  |  |
| 31 - 60 days |  |  |  |
| 61 - 90 days |  |  |  |
| 91 - 120 days |  |  |  |
| Over 120 days |  |  |  |
| TOTAL: | 0.00 | 0.00 | 0.00 |

## V. INSURANCE COVERAGE

|  | Name of Carrier | Amount of Coverage | Policy Expiration Date | Premium Paid Through (Date) |
|---|---|---|---|---|
| General Liability | Fireman's Fund | 2,050,400 Property | 4/28/2011 | 12/28/2010 |
| Worker's Compensation |  |  |  |  |
| Casualty |  |  |  |  |
| Vehicle |  |  |  |  |
| Others: | Fireman's Fund (Umbrella) | 10,000,000 (Personal) | 4/28/2011 | 12/28/2010 |

## VI. UNITED STATES TRUSTEE QUARTERLY FEES (TOTAL PAYMENTS)

| Quarterly Period Ending (Date) | Total Disbursements | Quarterly Fees | Date Paid | Amount Paid | Quarterly Fees Still Owing |
|---|---|---|---|---|---|
| 31-Dec-2011 |  | $    325.00 | 26-Jan-2011 | $    325.00 | 0.00 |
|  |  |  |  |  | 0.00 |
|  |  | 325.00 |  | 325.00 | 0.00 |

* Post-Petition Accounts Payable SHOULD NOT include professionals' fees and expenses which have been incurred but not yet awarded by the court. Post-Petition Accounts Payable SHOULD include professionals' fees and expenses authorized by Court Order but which remain unpaid as of the close of the period report

| Name of Insider | Date of Order Authorizing Compensation | *Authorized Gross Compensation | Gross Compensation Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## VIII.  SCHEDULE OF OTHER AMOUNTS PAID TO INSIDERS

| Name of Insider | Date of Order Authorizing Compensation | Description | Amount Paid During the Month |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

* Please indicate how compensation was identified in the order (e.g. $1,000/week, $2,500/month)

PROFIT AND LOSS STATEMENT (CASH BASIS ONLY)

|  | Current Month | Cumulative Post-Petition |
|---|---|---|
| Sales/Revenue: | | |
| Gross Sales/Revenue | | $ - |
| Less: Returns/Discounts | | $ - |
| Net Sales/Revenue | | $ - |
| | | $ - |
| Cost of Goods Sold: | | $ - |
| Beginning Inventory at cost | | $ - |
| Purchases | | $ - |
| Less: Ending Inventory at cost | | $ - |
| Cost of Goods Sold (COGS) | | $ - |
| Gross Profit | | $ - |
| Other Operating Income (Itemize) | | $ - |
| Operating Expenses: | | $ - |
| Payroll - Insiders | | $ - |
| Payroll - Other Employees | | $ - |
| Payroll Taxes | | $ - |
| Other Taxes (Itemize) | | $ - |
| Depreciation and Amortization | | $ - |
| Rent Expense - Real Property | | $ - |
| Lease Expense - Personal Property | | $ - |
| Insurance | | $ - |
| Real Property Taxes | | $ - |
| Telephone and Utilities | $ 1,508.36 | $ 1,508.36 |
| Repairs and Maintenance | | $ - |
| Travel and Entertainment (Itemize) | | $ - |
| Miscellaneous Operating Expenses (Itemize) | | $ - |
| Total Operating Expenses | | $ - |
| Net Gain/(Loss) from Operations | | $ - |
| Non-Operating Income: | | $ - |
| Interest Income | | $ - |
| Net Gain on Sale of Assets (Itemize) | | $ - |
| Other (Itemize) | $ - | $ 1,673.42 |
| Total Non-Operating income | $ - | $ 1,673.42 |
| Non-Operating Expenses: | | $ - |
| Interest Expense | | $ - |
| Legal and Professional (Itemize) | $ 358.00 | $ 358.00 |
| Other (Itemize) | $ 1,521.35 | $ 1,872.08 |
| Total Non-Operating Expenses | $ 1,879.35 | $ 2,230.08 |
| NET INCOME/(LOSS) | $ (1,879.35) | $ (556.66) |

| ASSETS | | Current Month End | | |
|---|---|---|---|---|
| Current Assets: | | | | |
| Unrestricted Cash | $ | 60,447.85 | | |
| Restricted Cash | | | | |
| Accounts Receivable | | | | |
| Inventory | | | | |
| Notes Receivable | | | | |
| Prepaid Expenses | | | | |
| Other (Itemize) | | | | |
| Total Current Assets | | | $ | 60,447.85 |
| | | | | |
| Property, Plant, and Equipment | $ | 8,500,000.00 | | |
| Accumulated Depreciation/Depletion | | | | |
| Net Property, Plant, and Equipment | | | $ | 8,500,000.00 |
| | | | | |
| Other Assets (Net of Amortization): | | | | |
| Due from Insiders | | | | |
| Other (Itemize) Personal Property | $ | 1,680,705.00 | | |
| Total Other Assets | | | $ | 1,680,705.00 |
| TOTAL ASSETS | | | $ | 10,241,152.85 |
| | | | | |
| LIABILITIES | | | | |
| Post-petition Liabilities: | | | | |
| Accounts Payable | | | | |
| Taxes Payable | | | | |
| Notes Payable | | | | |
| Professional fees | | | | |
| Secured Debt | | | | |
| Other (Itemize)Lease Related Expenses | | | | |
| Total Post-petition Liabilities | | | | |
| | | | | |
| Pre-petition Liabilities: | | | | |
| Secured Liabilities | $ | 4,615,000.00 | | |
| Priority Liabilities | $ | 125,246.00 | | |
| Unsecured Liabilities | | | | |
| Other (Itemize) | | | | |
| Total Pre-petition Liabilities | | | $ | 4,740,246.00 |
| TOTAL LIABILITIES | | | $ | 4,740,246.00 |
| | | | | |
| EQUITY: | | | | |
| Pre-petition Owners' Equity | $ | 5,501,463.51 | | |
| Post-petition Profit/(Loss) | $ | (556.66) | | |
| Direct Charges to Equity | | | | |
| TOTAL EQUITY | | | $ | 5,500,906.85 |
| TOTAL LIABILITIES & EQUITY | | | $ | 10,241,152.85 |

## XI. QUESTIONNAIRE

|  |  | No | Yes |
|---|---|---|---|
| 1. | Has the debtor-in-possession made any payments on its pre-petition unsecured debt, except as have been authorized by the court? If "Yes", explain below: | X | ____ |

|  |  | No | Yes |
|---|---|---|---|
| 2. | Has the debtor-in-possession during this reporting period provided compensation or remuneration to any officers, directors, principals, or other insiders without appropriate authorization? If "Yes", explain below: | X | ____ |

3. State what progress was made during the reporting period toward filing a plan of reorganization

I. Finalization of Listing Agreement for Sale of the Debtor-owned property at 1009 North Beverly Drive, Beverly Hills, California with Jeff Hyland, Hilton & Hyland, Real Estate Brokerage.
II. Negotiations regarding leasing of the Debtor-property, although the property is presently subject to a lease with a related Debtor.

4. Describe potential future developments which may have a significant impact on the case:
The Bankruptcy Court has set a claims bar date in this case of April 15, 2011, and notice was sent to all creditors on February 14, 2011. The Bankruptcy Court has also set a deadline for claims objection hearings of June 30, 2011, and set a hearing on a motion for approval of adequacy of a disclosure statement for August 25, 2011, at 1:30 p.m. The Debtor is preparing a plan of reorganization that it hopes to file with the Court shortly.

5. Attach copies of all Orders granting relief from the automatic stay that were entered during the reporting period.

|  |  | No | Yes |
|---|---|---|---|
| 6. | Did you receive any exempt income this month, which is not set forth in the operating report? If "Yes", please set forth the amounts and sources of the income below. | X | ____ |

I, President of the Managing Member, Leonard M. Ross
declare under penalty of perjury that I have fully read and understood the foregoing debtor-in-possession operating report and that the information contained herein is true and complete to the best of my knowledge.

_4/15/2011_
Date

Page 16 of 16

_President of Plunkton_
Principal for debtor-in-possession

# Advantage Business Package Checking

Account number:  **1993711314**  ■  March 1, 2011 - March 31, 2011  ■  Page 1 of 4



1009 BH PROPERTIES LLC
DEBTOR IN POSSESSION
CH 11 CASE # 10-65061
1011 1/2 N BEVERLY DR
BEVERLY HILLS CA 90210-2328

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Business Insight Resource Center offers free access to business information and advice through videos, articles, podcasts and other resources. This site offers objective information from industry experts, best practices from real business owners, as well as numerous Wells Fargo solutions that can help you run your business. Visit the site at wellsfargobusinessinsights.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

# ☑ IMPORTANT ACCOUNT INFORMATION

Please see an important message on the last page of your statement that describes how Wells Fargo posts transactions to your account.

Important Wells Fargo ExpressSend Service Information

We would like to inform you about several recent changes to your Wells Fargo ExpressSend agreement(s) Terms and Conditions Section 10:

Effective immediately
- The maximum aggregate daily transfer limit for account and cash-based service agreements to all remittance network members in Mexico, El Salvador, Guatemala, Honduras, and Argentina is now $1,500 US dollars per day. The daily transfer limit for FAMSA in Mexico will continue at the Mexican peso equivalent for $1,000 US dollars per day.
- The maximum combined total daily amount that can be sent from all account and cash-based service agreements to all countries is now $5,000 US dollars per day.

Account number:  **1993711314**  ■  March 1, 2011 - March 31, 2011  ■  Page 2 of 4



---

- The maximum combined total amount that can be sent during any rolling 30-day period from all account and cash-based service agreements is now $12,500 US dollars.

If you have any questions please call 1-800-556-0605. Thank you for using the ExpressSend service when sending money home.

---

Do you need to order business checks?
Here are 3 easy ways to order:
1) Login to wellsfargo.com/biz/checks
2) Call Harland Clarke at 1-800-237-8982 (Monday-Friday 5am-9pm PST, Saturday 5am-4pm PST)
3) Contact your banker

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $500.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 3/31** | **$500.00** |
| Average ledger balance this period | $500.00 |

Account number:  **1993711314**

**1009 BH PROPERTIES LLC
DEBTOR IN POSSESSION**

*California account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

---

Enjoy Convenient Banking!

- One username and password for your Wells Fargo accounts
- Account Alerts for Wells Fargo checking, savings or CDs, ATM/debit card, credit card, mortgage, and brokerage accounts
- Customized Mobile Banking apps for smartphones including BlackBerry, iPhone, Palm, and Android-operated mobile devices*. Go to wf.com to download your app.

Every Online Banking customer automatically has free access to Mobile Banking**. Go directly to wf.com on your mobile device and sign on with your Online Banking username and password. Then take advantage of our optimized mobile website to transfer funds, pay bills and more.

Text Banking is available to all Wells Fargo customers - just sign up at wf.com/text. After you sign up, send a simple text request to 93557 (WELLS) to get your account information, including BAL for current account balances***, ACT for account activity and COM for a list of all text commands.

*iPhone is a trademark of Apple Inc., registered in the U.S. and other countries. The trademark BlackBerry is owned by Research In Motion Limited and is registered in the United States. Android is a trademark of Google, Inc., and its related companies. Motorola is registered in the US Patent & Trademark Office. Palm is a trademark of Palm, Inc.
**Text and Mobile Banking is free from Wells Fargo, but your mobile carrier's text messaging and web access charges may apply.
***This balance may not reflect all of your transactions, such as checks you have written or debit card transactions that have been approved but not yet submitted for payment by the merchant.

Account number: **1993711314**  ■  March 1, 2011 - March 31, 2011  ■  Page 3 of 4



 IMPORTANT ACCOUNT INFORMATION

AMENDMENT TO FUNDS AVAILABILITY POLICY

Starting on or about May 9, 2011, and ending on June 22, 2011 (subject to the location of the deposit transaction):

We will increase the amount of funds made available to you if a hold is placed against your deposit. If a hold is placed, the first $200 of the deposit will be available to you on the first Business Day (second Business Day for certain Alaska deposits) after the day of your deposit. We will notify you if a hold is placed against your deposit and when the full amount of your deposit will become available.

Account number: **1993711314**  ■ March 1, 2011 - March 31, 2011  ■ Page 4 of 4



**WELLS FARGO**

---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into        $ _____
your account which are not        $ _____
shown on your statement.        + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . .  - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | Total amount $ _____ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.

# Analyzed Business Checking

Account number:  **1993711280**  ■  March 1, 2011 - March 31, 2011  ■  Page 1 of 2



1009 BH PROPERTIES LLC
DEBTOR IN POSSESSION
CH 11 CASE # 10-65061
1011 1/2 N BEVERLY DR
BEVERLY HILLS CA 90210-2328

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:  wellsfargo.com*

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

  IMPORTANT ACCOUNT INFORMATION

Please see an important message on the last page of your statement that describes how Wells Fargo posts transactions to your account.

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| 1993711280 | $61,827.20 | $0.00 | -$12.99 | $61,814.21 |

### Debits

#### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 03/11 | 12.99 | Client Analysis Srvc Chrg 110310 Svc Chge 0211 000001993711280 |
| | | $12.99 | **Total electronic debits/bank debits** |
| | | $12.99 | **Total debits** |

### Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 02/28 | 61,827.20 | 03/11 | 61,814.21 |
| | **Average daily ledger balance** | **$61,818.40** | |

Account number:  **1993711280**  ■  March 1, 2011 - March 31, 2011  ■  Page 2 of 2



# IMPORTANT ACCOUNT INFORMATION

AMENDMENT TO FUNDS AVAILABILITY POLICY

Starting on or about May 9, 2011, and ending on June 22, 2011 (subject to the location of the deposit transaction):

We will increase the amount of funds made available to you if a hold is placed against your deposit. If a hold is placed, the first $200 of the deposit will be available to you on the first Business Day (second Business Day for certain Alaska deposits) after the day of your deposit. We will notify you if a hold is placed against your deposit and when the full amount of your deposit will become available.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

| | |
|---|---|
| In re:<br>1009 BH Properties, LLC | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:10-bk-65061-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2301 Hyperion Avenue, Ste. A, Los Angeles, CA 90027

A true and correct copy of the foregoing document described as

### MONTHLY OPERATING REPORT

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 15, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On April 15, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Vincent Zurzolo (By Fedex)
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 15, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 15, 2011 | David Richardson | /s/ David J. Richardson |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| In re:<br>1009 BH Properties, LLC | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:10-bk-65061-VZ |

## I.    TO BE SERVED BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Laura Buchanan – llb@thecreditorslawgroup.com
Stacy Harrison – stacy.harrison@bingham.com
Dare Law – dare.law@usdoj.gov
David J Richardson - djr@thecreditorslawgroup.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

## II.    TO BE SERVED BY FIRST CLASS MAIL

1009 BH Properties, LLC
1011 N. Beverly Drive,
Beverly Hills, CA 90210

Dare Law
US Trustee's Office
725 S. Figueroa St., Ste. 2600
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 9021-1.1**